The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Robert Allen Wilkins
    v. Commonwealth of Virginia
    Record No. 0682-14-1
    Opinion rendered by Judge Beales on
    May 12, 2015

2. Andre Eugene Sanders
    v. Commonwealth of Virginia
    Record No. 1386-14-1
    Opinion rendered by Judge Decker on
    May 26, 2015

3. Steven Lamont Forte
    v. Commonwealth of Virginia, Department of Social Services, Division of Child Support
    Enforcement, *ex rel*. Courtney T. Newsome
    Record No. 1220-14-1
    Opinion rendered by Judge McCullough on
    June 9, 2015

4. Michael Thomas Terlecki
    v. Commonwealth of Virginia
    Record No. 1681-14-2
    Opinion rendered by Chief Judge Huff on
    June 16, 2015

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1 . Dung Thi Thach, et al.
   v. Arlington County Department of Human Services
   Record No. 1309-13-4
   Opinion rendered by Judge Humphreys
     on March 18, 2014
   Refused (140769)

2. Michael A. Oley
   v. Lisa S. Branch
   Record No. 1857-13-2
   Opinion rendered by Judge Humphreys
     on September 9, 2014
   Refused (141719)

3. Christopher Wayne Butler
   v. Commonwealth of Virginia
   Record No. 1213-13-2
   Opinion rendered by Judge Frank
     on October 28, 2014
   Refused (141717)

4. Carlton Shell
   v. Commonwealth of Virginia
   Record No. 2070-13-1
   Opinion rendered by Senior Judge Felton
     on October 28, 2014
   Refused (141699)

5. Charlene Lanette Gregory
   v. Commonwealth of Virginia
   Record No. 0691-13-2
   Opinion rendered by Judge Beales
     on November 25, 2014
   Refused (141899)